Debtor 1: <u>JAMES GALVIN, III  DBA JG PLUMBING</u>                    Case number  12-34352

**Fill in this information to identify the case:**

Debtor 1   JAMES GALVIN, III DBA JG PLUMBING
Debtor 2

United States Bankruptcy Court for the:  SOUTHERN District of Texas
Case number  12-34352

Form 4100R
**Response to Notice of Final Cure Payment**                              **10/15**

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

**Part 1:    Mortgage Information**

Name of Creditor:                                              Court Claim no. (if known):
SELECT PORTFOLIO SERVICING, INC. AS ATTORNEY IN FACT AND      <u>9</u>
SERVICER IN FACT FOR  DLJ MORTGAGE CAPITAL, INC.

**Last four digits** of any number you use to identify the debtor's account:  <u>XXXX2530</u>

Property address:
<u>6426 SUNRISE GLEN LN.</u>
<u>SPRING, TX 77379</u>

**Part 2:    Prepetition Default Payments**

*Check one:*

■   Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐   Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.  Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $_____

**Part 3:    Postpetition Mortgage Payment**

*Check one:*

■   Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:   **08/01/2017**

☐   Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

Official Form 4100R  2017-000995                    Rsp NFC                                    1

Debtor 1:  JAMES GALVIN, III  DBA JG PLUMBING                    Case number  12-34352

 

a.  Total postpetition ongoing payments due:                      (a) $_____

b.  Total fees, charges, expenses, escrow, and costs outstanding:  (b) $_____

c.  **Total**. Add lines a and b.                                 (c) $_____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payments(s) that first became due on:  _____

## Part 4:    Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amount the creditor contends remain unpaid.

## Part 5:    Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box.*

☐ I am the creditor.

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

Signature: _____        Date: 7-25-17

**Dominique Varner** TBA #00791182/FIN 18805
Direct: 713-328-2818, dvarner@hwa.com;
**Kristen L. Bates** TBA 24073881
Direct: 713-328-2881, kb@hwa.com
**Michael Weems** TBA #24066273
Direct: 713-328-2822, mweems@hwa.com

Debtor 1:  <u>JAMES GALVIN, III  DBA JG PLUMBING</u>                    Case number  12-34352

**Company**:  Hughes Watters & Askanase, LLP
**Address:**  1201 Louisiana, Suite 2800
Houston, Texas 77092
**Contact Phone:**  713-759-0818

**Title:**  ATTORNEY FOR SELECT PORTFOLIO SERVICING, INC. AS ATTORNEY IN FACT AND SERVICER IN FACT FOR DLJ MORTGAGE CAPITAL, INC.

**Email:**  dvarner@hwa.com
kb@hwa.com
mweems@hwa.com

Debtor 1:  JAMES GALVIN, III  DBA JG PLUMBING                                  Case number  12-34352

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been sent by electronic mail or by First Class U. S. Mail, postage prepaid on the ___25___ day of July, 2017, to:

DEBTOR
JAMES GALVIN, III  DBA JG PLUMBING
6426 SUNRISE GLEN LN.
SPRING, TX 77379

DEBTORS' ATTORNEY
KENNETH A KEELING
KEELING LAW FIRM
3310 KATY FREEWAY
SUITE 200
HOUSTON, TX 77007

TRUSTEE
WILLIAM E. HEITKAMP
OFFICE OF CHAPTER 13 TRUSTEE
9821 KATY FREEWAY
STE 590
HOUSTON, TX 77024

US TRUSTEE
OFFICE OF THE US TRUSTEE
515 RUSK AVE
STE 3516
HOUSTON, TX 77002

Dominique Varner       TBA #00791182/FIN 18805
Kristen L. Bates        TBA 24073881
Michael Weems          TBA #24066273
1201 Louisiana, Suite 2800
Houston, Texas 77002
Telephone (713) 759-0818
Telecopier (713) 759-6834
ATTORNEY     FOR     SELECT     PORTFOLIO
SERVICING, INC. AS ATTORNEY IN FACT AND
SERVICER  IN  FACT  FOR  DLJ  MORTGAGE
CAPITAL, INC.